TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-95-00691-CR

Ronald Hobbs, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT

NO. 88,436, HONORABLE TOM BLACKWELL, JUDGE PRESIDING

PER CURIAM

 This is an appeal from an order revoking probation. Appellant has filed a motion
to dismiss the appeal. The motion is granted and the appeal is dismissed. Tex. R. App. P. 59(b).

Before Chief Justice Carroll, Justices Jones and B. A. Smith

Dismissed on Appellant's Motion

Filed: December 20, 1995

Do Not Publish